# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SHASTA R. SPRAWLS                                                              PLAINTIFF

v.                          Case No. 4:22-cv-00421-LPR-JTK

KILOLO KIJAKAZI,                                                   DEFENDANT
*Acting Commissioner*,
Social Security Administration

## ORDER

Before the Court is Defendant's Unopposed Motion to Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 11) Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED THIS 8th day of November, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE