# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

SHASTA R. SPRAWLS                                                  PLAINTIFF

v.                    Case No. 4:22-cv-00421-LPR-JTK

KILOLO KIJAKAZI,                                           DEFENDANT
*Acting Commissioner*,
Social Security Administration

## **JUDGMENT**

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED THIS 8th day of November, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE